UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSE CARLOS ARCE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:11-cv-808-SEB-DKL |
| ) | |
| BRIAN SMITH, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is dismissed without prejudice.

Date: __11/03/2011__

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSE CARLOS ARCE
205479
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
Email: kelly.miklos@atg.in.gov